IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL WAYNE JIMENEZ, (TDCJ-CID #00873142) | § § § § | |
| Petitioner, | § § | |
| VS. | § | CIVIL ACTION NO. H-17-1874 |
| LORIE DAVIS, | § § § | |
| Respondent. | § § | |

**FINAL JUDGMENT**

For the reasons stated in this Court's Memorandum on Dismissal entered this date, this civil action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on April 27, 2018.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

O:\RAO\VDG\2017\17-1874.d01.wpd